# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; AND THE EIGHTH
JUDICIAL DISTRICT COURT OF THE
STATE OF NEVADA, IN AND FOR THE
COUNTY OF CLARK,
Respondents.

No. 67929

**FILED**

DEC 0 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se petition for a writ of mandamus challenges a district court ruling declining to permit petitioner to become a claimant in a forfeiture action. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; *Davis v. Eighth Judicial District Court*, 129 Nev., Adv. Op. 11, 294 P.3d 415, 417 (2013). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Percy Lavae Bacon
     Attorney General/Carson City
     Eighth District Court Clerk

16-37428